**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 22-30385-SGJ7 |
| | § | |
| JOEL DAVID WITHROW | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/02/2022. The undersigned trustee was appointed on 03/02/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $580,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $108,872.70 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $330,436.04 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $140,691.26 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/10/2023 and the deadline for filing government claims was 08/29/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $29,956.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $29,956.59, for a total compensation of $29,956.59[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $36.34, for total expenses of $36.34.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/23/2024    By: /s/ Areya Holder Aurzada
                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1        Exhibit A

| Case No.: | 22-30385-SGJ | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | WITHROW, JOEL DAVID | Date Filed (f) or Converted (c): | 03/02/2022 (f) |
| For the Period Ending: | 1/23/2024 | §341(a) Meeting Date: | 04/05/2022 |
| | | Claims Bar Date: | 10/10/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2000 Ford Pickup Mileage: 200,000 Other Information: 2000 Ford Pickup (approx. 400,000 miles) Inoperable, not running Debtor 1 Joel David Withrow | $400.00 | $0.00 | | $0.00 | FA |
| 2  Living room furnishings consisting of sofa, recliner and 48 inch TV | $425.00 | $0.00 | | $0.00 | FA |
| 3  Bedroom furnishings consisting of full size bed and dresser | $300.00 | $0.00 | | $0.00 | FA |
| 4  Dining room furnishings consisting of table and 8 chairs | $900.00 | $0.00 | | $0.00 | FA |
| 5  Kitchen appliances consisting of dishware, cookware, referigator, washer and dryer | $400.00 | $0.00 | | $0.00 | FA |
| 6  Outdoor furnishing consisting of 2 Adirondack chairs | $125.00 | $0.00 | | $0.00 | FA |
| 7  Single shot 4/10 shotgun | $30.00 | $0.00 | | $0.00 | FA |
| 8  Assorted mens clothing consisting of pants, shirts, coats | $125.00 | $0.00 | | $0.00 | FA |
| 9  Checking account: Checking account at Chase Bank | $40.00 | $0.00 | | $0.00 | FA |
| 10  71.29 acres in Ellis County, Texas  (u) | $0.00 | $580,000.00 | | $580,000.00 | FA |
| 11  2.75 Acre Parcel known as Lot 1109C White, a portion of Howard Gin on Nash Howard Rd. in Ellis County  (u) | $0.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** 12/29/2022 ECF 33 Order Approving Trustee's Inten to Abandon

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets**
| | $2,745.00 | $580,000.00 | | $580,000.00 | $0.00 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  2     Exhibit A

| Case No.: | 22-30385-SGJ | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | WITHROW, JOEL DAVID | Date Filed (f) or Converted (c): | 03/02/2022 (f) |
| For the Period Ending: | 1/23/2024 | §341(a) Meeting Date: | 04/05/2022 |
|  |  | Claims Bar Date: | 10/10/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

07/20/2023    Trustee will be filing report of sale, hiring accountant for estate tax returns, and awaiting claims bar date to pass.

Initial Projected Date Of Final Report (TFR): 05/31/2024    Current Projected Date Of Final Report (TFR): 05/31/2024    /s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA

**FORM 2**

Page No: 1  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 22-30385-SGJ | **Trustee Name:** | Areya Holder Aurzada |
| **Case Name:** WITHROW, JOEL DAVID | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***3067 | **Checking Acct #:** | ******0031 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 3/2/2022 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** 1/23/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2023 | | Camelot of Houston, LLC | (wire received 07/10/2023) Sales proceeds from sale of 71 acres pursuant to 06/13/2023 [Doc 41] Agreed Order authorizing sale | * | $210,799.26 | | $210,799.26 |
| | {10} | | Gross sale of 71 acres $580,000.00 | 1210-000 | | | $210,799.26 |
| | | | Prorated taxes 01/01/23-07/10/23 $(6,758.39) | 4700-000 | | | $210,799.26 |
| | | | Payoff of first loan to Barton Lockhart $(300,000.00) | 4110-000 | | | $210,799.26 |
| | | | Owner's Policy Premium to Fidelity National Title Agency, Inc. $(3,362.00) | 2500-000 | | | $210,799.26 |
| | | | Guaranty Fee to Texas Title Insurance Guaranty Association $(2.00) | 2500-000 | | | $210,799.26 |
| | | | Escrow Fee to Fidelity National Title Agency, Inc. $(500.00) | 2500-000 | | | $210,799.26 |
| | | | Tax Certificate to Fidelity Title FBO National TaxNet $(51.00) | 2500-000 | | | $210,799.26 |
| | | | Recording Charges $(46.00) | 2500-000 | | | $210,799.26 |
| | | | E-File Fee $(3.70) | 2500-000 | | | $210,799.26 |
| | | | 2022 Real Estate Taxes to Ellis County Tax Office $(23,677.65) | 4700-000 | | | $210,799.26 |
| | | | Listing Agent Commission - Trinity Southwest Services, LLC $(17,400.00) | 3510-000 | | | $210,799.26 |
| | | | Selling Agent Commission - KM Realty Management, LLC $(17,400.00) | 3510-000 | | | $210,799.26 |
| 01/10/2024 | 5001 | United States Treasury | 2023 1041 EIN 35-7383067  Payment for post-petition taxes due to the IRS as approved by Court Order on 1/9/2024. | 2810-000 | | $70,108.00 | $140,691.26 |

| | | | | **SUBTOTALS** | $210,799.26 | $70,108.00 | |

**FORM 2**

Page No: 2          Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 22-30385-SGJ | **Trustee Name:** Areya Holder Aurzada |
| **Case Name:** | WITHROW, JOEL DAVID | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3067 | **Checking Acct #:** ******0031 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 3/2/2022 | **Blanket bond (per case limit):** $300,000.00 |
| **For Period Ending:** | 1/23/2024 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $210,799.26 | $70,108.00 | $140,691.26 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $210,799.26 | $70,108.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $210,799.26 | $70,108.00 | |

| For the period of 3/2/2022 to 1/23/2024 | | For the entire history of the account between 07/05/2023 to 1/23/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $580,000.00 | Total Compensable Receipts: | $580,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $580,000.00 | Total Comp/Non Comp Receipts: | $580,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $439,308.74 | Total Compensable Disbursements: | $439,308.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $439,308.74 | Total Comp/Non Comp Disbursements: | $439,308.74 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3                                Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 22-30385-SGJ | **Trustee Name:** | Areya Holder Aurzada |
| **Case Name:** | WITHROW, JOEL DAVID | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3067 | **Checking Acct #:** | ******0031 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 3/2/2022 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 1/23/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $210,799.26 | $70,108.00 | $140,691.26 |

**For the period of 3/2/2022 to 1/23/2024**

| | |
|---|---|
| Total Compensable Receipts: | $580,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $580,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $439,308.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $439,308.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/02/2022 to 1/23/2024**

| | |
|---|---|
| Total Compensable Receipts: | $580,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $580,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $439,308.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $439,308.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA

CLAIM ANALYSIS REPORT    Page No: 1    Exhibit C

| Case No. | 22-30385-SGJ | | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|---|
| Case Name: | WITHROW, JOEL DAVID | | | Date: | 1/23/2024 |
| Claims Bar Date: | 10/10/2023 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CAVAZOS HENDRICKS POIROT, P.C. Suite 570, Founders Square 900 Jackson Street Dallas TX 75202 | 12/06/2023 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $23,558.50 | $23,558.50 | $0.00 | $0.00 | $0.00 | $23,558.50 |
| | CAVAZOS HENDRICKS POIROT, P.C. Suite 570, Founders Square 900 Jackson Street Dallas TX 75202 | 12/06/2023 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $716.16 | $716.16 | $0.00 | $0.00 | $0.00 | $716.16 |
| | SHELDON LEVY 6320 Southwest Blvd., Suite 204 Fort Worth TX 76109 | 12/06/2023 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $2,802.50 | $2,802.50 | $0.00 | $0.00 | $0.00 | $2,802.50 |
| | SHELDON LEVY 6320 Southwest Blvd., Suite 204 Fort Worth TX 76109 | 12/06/2023 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $76.25 | $76.25 | $0.00 | $0.00 | $0.00 | $76.25 |
| | AREYA HOLDER AURZADA P.O. Box 2105 Addison TX 75001-2105 | 12/06/2023 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $36.34 | $36.34 | $0.00 | $0.00 | $0.00 | $36.34 |
| | AREYA HOLDER AURZADA P.O. Box 2105 Addison TX 75001-2105 | 12/06/2023 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $29,956.59 | $29,956.59 | $0.00 | $0.00 | $0.00 | $29,956.59 |
| | JOEL DAVID WITHROW 2450 S. 15TH STREET CORSICANA TX 75110 | 01/19/2024 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $45,868.13 | $45,868.13 | $0.00 | $0.00 | $0.00 | $45,868.13 |

**Claim Notes:**  Debtor Surplus

| 1 | AVALON ISD c/o Perdue Brandon Fielder et al 500 East Border Street, Suite 640 Arlington TX 76010 | 09/20/2022 | Real Property Tax Liens (pre-petition) | Withdrawn | 4700-000 | $0.00 | $9,172.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**  11/01/2023 ECF 53 Claim Withdrawn

CLAIM ANALYSIS REPORT

Page No: 2    Exhibit C

| Case No.: | 22-30385-SGJ | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | WITHROW, JOEL DAVID | | Date: | 1/23/2024 |
| Claims Bar Date: | 10/10/2023 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | BARTON LOCKHART<br><br>c/o Herrin Law<br>12001 N Central Expressway, Suite 920<br>Dallas TX 75243 | 06/16/2023 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $172,500.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 12/04/2023 ECF 56 Claim Withdrawn | | | | | | | | | | | |
| 3 | TEXAS WORKFORCE COMMISSION<br>Office of Attorney General BK/Collections<br>P.O. BOX 12548, MC008<br>Austin TX 78711 | 07/27/2023 | State and Local Tax Liens (pre-peti | Allowed | 4800-000 | $0.00 | $1,586.05 | $1,586.05 | $0.00 | $0.00 | $0.00 | $1,586.05 |
| **Claim Notes:** | (3-1) Unemployment taxes | | | | | | | | | | | |
| 4 | ROGER J MILES<br><br>PO BOX 773<br>ELM MOTT TX 76640 | 09/01/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 | $311.72 | $0.00 | $15,000.00 |
| **Claim Notes:** | Amended claim filed on 10/10/23 only amended exhibits | | | | | | | | | | | |
| 5 | CITY NATIONAL BANK<br><br>P.O. Box 1798<br>Corsicana TX 75151 | 09/22/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $19,307.82 | $19,307.82 | $19,307.82 | $0.00 | $401.24 | $0.00 | $19,307.82 |
| 6 | PINK DOGWOOD 13, LLC<br>PO BOX 1931<br>Burlingame CA 94011 | 09/26/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,185.00 | $1,048.18 | $1,048.18 | $0.00 | $21.78 | $0.00 | $1,048.18 |
| **Claim Notes:** | Security Finance of Texas, LP | | | | | | | | | | | |
| | | | | | | $321,629.39 | $139,956.52 | | $0.00 | $734.74 | $0.00 | $139,956.52 |

CLAIM ANALYSIS REPORT  Page No: 3  Exhibit C

| Case No. | 22-30385-SGJ | Trustee Name: | Areya Holder Aurzada |
| Case Name: | WITHROW, JOEL DAVID | Date: | 1/23/2024 |
| Claims Bar Date: | 10/10/2023 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $76.25 | $76.25 | $0.00 | $0.00 | $0.00 | $76.25 |
| Accountant for Trustee Fees (Other Firm) | $2,802.50 | $2,802.50 | $0.00 | $0.00 | $0.00 | $2,802.50 |
| Attorney for Trustee Expenses (Other Firm) | $716.16 | $716.16 | $0.00 | $0.00 | $0.00 | $716.16 |
| Attorney for Trustee Fees (Other Firm) | $23,558.50 | $23,558.50 | $0.00 | $0.00 | $0.00 | $23,558.50 |
| General Unsecured 726(a)(2) | $207,856.15 | $35,356.00 | $0.00 | $734.74 | $0.00 | $35,356.00 |
| Real Property Tax Liens (pre-petition) | $9,172.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| State and Local Tax Liens (pre-peti | $1,586.05 | $1,586.05 | $0.00 | $0.00 | $0.00 | $1,586.05 |
| Surplus Funds Paid to Debtor | $45,868.13 | $45,868.13 | $0.00 | $0.00 | $0.00 | $45,868.13 |
| Trustee Compensation | $29,956.59 | $29,956.59 | $0.00 | $0.00 | $0.00 | $29,956.59 |
| Trustee Expenses | $36.34 | $36.34 | $0.00 | $0.00 | $0.00 | $36.34 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 22-30385-SGJ7
Case Name: JOEL DAVID WITHROW
Trustee Name: Areya Holder Aurzada

Balance on hand: $140,691.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Texas Workforce Commission | $1,586.05 | $1,586.05 | $0.00 | $1,586.05 |

Total to be paid to secured creditors: $1,586.05
Remaining balance: $139,105.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Areya Holder Aurzada, Trustee Fees | $29,956.59 | $0.00 | $29,956.59 |
| Areya Holder Aurzada, Trustee Expenses | $36.34 | $0.00 | $36.34 |
| Cavazos Hendricks Poirot, P.C., Attorney for Trustee Fees | $23,558.50 | $0.00 | $23,558.50 |
| Cavazos Hendricks Poirot, P.C., Attorney for Trustee Expenses | $716.16 | $0.00 | $716.16 |
| Sheldon Levy, Accountant for Trustee Fees | $2,802.50 | $0.00 | $2,802.50 |
| Sheldon Levy, Accountant for Trustee Expenses | $76.25 | $0.00 | $76.25 |
| Other: Listing Agent Commission - Trinity Southwest Services, LLC, Realtor for Trustee Fees | $17,400.00 | $17,400.00 | $0.00 |
| Other: Selling Agent Commission - KM Realty Management, LLC, Realtor for Trustee Fees | $17,400.00 | $17,400.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $57,146.34
Remaining balance: $81,958.87

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

**UST Form 101-7-TFR (5/1/2011)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $81,958.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $81,958.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,356.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 4 | ROGER J MILES | $15,000.00 | $0.00 | $15,000.00 |
| 5 | City National Bank | $19,307.82 | $0.00 | $19,307.82 |
| 6 | Pink Dogwood 13, LLC | $1,048.18 | $0.00 | $1,048.18 |

| | Total to be paid to timely general unsecured claims: | $35,356.00 |
|---|---:|---:|
| | Remaining balance: | $46,602.87 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $46,602.87 |

**UST Form 101-7-TFR (5/1/2011)**

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $46,602.87 |

      To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.01 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $734.74. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor(s) after payment of all claims and interest is $45,868.13.

**UST Form 101-7-TFR (5/1/2011)**